**EXHIBIT D**

## AFFIDAVIT OF SERVICE

| Case: 2019CV33779 | Court: District Court, City and County of Denver, Colorado | County: | Job: 4039632 |
|---|---|---|---|
| **Plaintiff / Petitioner:** CHARLES L. SMITH | | **Defendant / Respondent:** SWH MIMI'S CAFE, LLC d/b/a MIMI'S CAFE 038, and COLE GEFF I, LLC | |
| **Received by:** Braddy Investigative Group, Inc. | | **For:** Dormer Harpring | |
| **To be served upon:** COLE GEFF I, LLC, c/o National Registered Agents, Inc. | | | |

DATE FILED: December 2, 2019 1:42 PM
FILING ID: 6541 9BB21E747
CASE NUMBER: 2019CV33779

I, Massiel Rivera, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** COLE GEFF I, LLC, c/o National Registered Agents, Inc., 7700 E Arapahoe Rd Suite 220, Centennial, CO 80112

**Manner of Service:** Registered Agent, Dec 2, 2019, 11:39 am MST

**Documents:** Summons and Complaint, Civil Cover Sheet

**Additional Comments:**
1) Successful Attempt: Dec 2, 2019, 11:39 am MST at 7700 E Arapahoe Rd Suite 220, Centennial, CO 80112 received by COLE GEFF I, LLC, c/o National Registered Agents, Inc..
Service was accomplished by placing the documents in the designated intake bin.

_____     Dec 2, 2019
Massiel Rivera                          **Date**

Braddy Investigative Group, Inc.
PO Box 24228
Denver, CO 80224
303-860-1380

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
**Notary Public**

12/2/19                          10/5/2021
**Date**              **Commission Expires**

FLORENCE SEBERN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174041622
MY COMMISSION EXPIRES OCTOBER 05, 2021