## Register of Actions

|  | **Filed by Plaintiff/Petitioner** | **Case Number:** 2019CV033779 | **Division:** 414 |
|---|---|---|---|
|  | **Filed by Defendant/Respondent** | **Case Type:** Personal Injury | **Judicial Officer:** Robert Lewis Mcgahey Jr. |
|  | **Filed by Court** | **Case Caption:** Smith, Charles L v. Swh Mimis Cafe LLC et al | **Court Location:** Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 65419BB21E747 | 12/02/2019 1:42 PM | Kevin Charles Harpring | Dormer Harping and Gray LLC | Charles L Smith | Return of Service | Affidavit of Service - summons, complaint and civil cover sheet served on Cole Geff I, LLC c/o National Registered Agents Inc. Documents placed in designated intake bin on 12-2-19 | Public |
|  |  |  |  |  | Return of Service | Affidavit of Service - summons, complaint and civil cover sheet served on Mimi's Cafe 038, LLC c/o The Corporation Co. Documents placed in designated intake bin on 12-2-19 | Public |
| D9C3C33585C27 | 10/01/2019 11:16 AM | Kevin Charles Harpring | Dormer Harping and Gray LLC | Charles L Smith | Complaint w/Jury Demand | Complaint and Jury Demand | Public |
|  |  |  |  |  | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |
| N/A (Details) | 10/01/2019 12:00 AM | Robert Lewis Mcgahey Jr. | Denver District Court | N/A | Order | DELAY REDUCTION ORDER | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Charles L Smith | Plaintiff | Active | Kevin Charles Harpring (Dormer Harping and Gray LLC)<br>Sean M Dormer (Dormer Harping and Gray LLC) |
| Cole Geff I Llc | Defendant | Active | N/A |
| Mimis Cafe 038 | DBA | Active | N/A |
| Swh Mimis Cafe Llc | Defendant | Active | N/A |