**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-CV-03624

CHARLES L. SMITH,

      Plaintiff,

v.

SWH MIMI'S CAFÉ, LLC d/b/a MIMI'S CAFÉ 038, and COLE GEFF I, LLC

      Defendants.

---

**CORPORATE DISCLOSURE STATEMENT OF SWH MIMI'S CAFÉ, LLC**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, SWH Mimi's Café, LLC ("Mimi's Café") is a limited liability company organized under the laws of the state of California with its principal place of business in Dallas, Texas. Mimi's Café has no parent company, partner, limited liability entity member and manager, affiliate, or similar entity that is a citizen of the State of Colorado. Mimi's Café makes the following corporate disclosure:

Mimi's Café's sole member of the LLC is SWH Mimi's Café Holding Company, Inc., a Delaware corporation.

Respectfully submitted this 20th day of December, 2019.

Hall & Evans, LLC

*s/ J. Ryan Johnson*
J. Ryan Johnson
1001 17th Street, Suite 300
Denver, CO  80202
Phone:  (303) 628-3300
Fax:  (303) 628-3368
johnsonr@hallevans.com
**Defendant, SWH MIMI'S CAFÉ, LLC d/b/a MIMI'S CAFÉ 038**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2019, I electronically filed the foregoing

**CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to parties or counsel registered through ECF. In

addition, I hereby certify that I have served electronic mail the forgoing document to the following

non-CM/ECF participants:

*Attorneys for Plaintiff*:
Sean M. Dormer, #44962
K.C. Harpring, #47760
Dormer Harpring, LLC
950 S. Cherry St., Suite 300
Denver, CO 80246
Phone Number: (303) 756-3812
Facsimile: (303) 477-7400
Email: attorneys@denvertrial.com

 *s/ Renee Godfrey*
Renee Godfrey, Legal Assistant